# United States Bankruptcy Court
### Northern District of Mississippi

In re: **Ernie Lee Jacobsen**, **Donna Jean Jacobsen**, Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **October 28, 2009**

*Ernie Lee Jacobsen*
Signature of Debtor

Date: **October 28, 2009**

*Donna Jean Jacobsen*
Signature of Debtor

A-1 ALABAMA KEY & LOCKSMITH INC.
1419 MCFARLAND BLVD E
TUSCALOOSA, AL 35404

A.W.S. DISTRIBUTING, INC.
30W260 BUTTERFIELD RD. #211
WARRENVILLE, IL 60555

AA REFRIGERATION, INC
3100 15TH STREET
TUSCALOOSA, AL 35401

ACRO ELECTRICAL CONTRACTORS, INC
605 41ST ST. SUITE E
TUSCALOOSA, AL 35405

ADT
PO BOX 371967
PITTSBURGH, PA 15250-7967

ALABAMA POWER
PO BOX 242
BIRMINGHAM, AL 35292

ALLIED WASTE SERVICES
P. O. BOX 9001099
LOUISVILLE, KY 40290-1099

ART PLUMBING COMPANY
1847 SOUTH COBB INDUSTRIAL BLVD
SMYRNA GA 30082

AT&T
PO BOX 105262
ATLANTA, GA 30348-5262

AT&T MOBILITY
P. O. BOX 6463
CAROL STREAM, IL 60197-6463

ATMOS ENERGY
P O BOX 9001949
LOUISVILLE, KY 40290-1949

AUBREY'S LOCKSMITH
2445 HILTON DRIVE
GAINESVILLE, GA 30501

BADGE SERVICES CO INC
P. O. BOX 1518
PINE BLUFF, AR 71613

BARNES, MCGEE AND ASSOCIATES, P.A.
5 RIVER BEND PLACE, SUITE A
FLOWOOD , MS 39232-7618

BARRANCO BEVERAGE
5950 SHILOH ROAD EAST SUITE G
ALPHARETTA GA 30005

BEN E. KEITH
P.O. BOX 637
NORTH LITTLE ROCK, AR 72115-0637

BENNETT PLUMBING & POOL SUPPLY
752 SOUTH LINE STREET
RIPLEY, MS 38663

BLAISING FIRE & WATER, INC.
3025 WILSON STREET
PELHAM, AL 35124

BROWN'S REPAIR
2110 WHITEBLUFF WAY
BUFORD GA 30519

C & D PLUMBING, INC
20448 EGYPT ROAD
ABERDEEN, MS 39730

C&W MECHANICAL/ELECTRO FREEZE
4515 CANTON ROAD NE
MARIETTA, GA 30066

CABELA'S CLUB VISA
P.O. BOX 82575
LINCOLN, NE 68501-2575

CARE REPAIR, LLC
P O BOX 7304
TUPELO, MS 38802

CARRCO
13191 56TH COURT NORTH SUITE #102
CLEARWATER, FL 33760

CAVALIER TELEPHONE
P. O. BOX 9001111
LOUISVILLE, KY 40290-1111

CHRYSLER FINANCIAL
P. O. BOX 9001921
LOUISVILLE, KY 40290-1921

CINTAS
3437 KAULOOSA AVENUE
TUSCALOOSA AL 35401

CITY OF CANTON
151 ELIZABETH STREET
CANTON, GA 30114

CITY OF EUPORA CITY CLERK
390 CLARK AVE
EUPORA MS 39744

CITY OF TUSCALOOSA
 WATER & SEWER
P. O. BOX 2090
TUSCALOOSA, AL 35403-2090

CITY OF WESTPOINT
 WATER & LIGHT
300 BROAD STREET
WEST POINT, MS 39773-1117

CLIFF'S FIRE EXTINGUISHER

311 BELL PARK DRIVE
WOODSTOCK GA 30188

COLUMBUS LIGHT & WATER
P. O. BOX 949
COLUMBUS, MS 39703-0949

COLUMBUS MARINA
295 MARINA DRIVE
COLUMBUS MS 39705

COMMUNITY DEVELOPMENT FOUNDATION
PO BOX A
TUPELO, MS 38802

CONSOLIDATED ELECTRICAL DISTRIBUTORS
1545 CLIFF GOOKIN BLVD.
TUPELO, MS 38801

COOL TOUCH SERVICES
15857 DUNDEE DRIVE
COKER, AL 35452

CREDIT CARD CENTER
PO BOX 4390
TUPELO, MS 38803-4390

DAHLEM SALES & SERVICE
P O BOX 65
ABERDEEN, MS 39730

DAILY NEWS
P O BOX 1068
STARKVILLE, MS 39760

DAYMARK SAFETY SYSTEMS
12830 SOUTH DIXIE HWY
BOWLING GREEN, OH 43402

DELTA EQUIPMENT
P. O. BOX 22566
JACKSON, MS 39225-2566

DOSS ELECTRIC INC
P. O. BOX 652
MABEN, MS 39750

DRUID FIRE EQUIPMENT
PO BOX 40329
TUSCALOOSA, AL 35401

EAGLE BASEBALL
EUPORA HIGH SCHOOL
POB 801
EUPORA MS 39744-0801

EASIWASH, LLC
5267 NE 15TH STREET
DES MOINES IA 50313

EAST WEBSTER HIGH
195 OLD CUMBERLAND RD
MABEM, MS 39750

ECOLAB PEST ELIMINATION
P.O. BOX 6007
GRAND FOLKS, ND 58206-6007

ELECTRO FREEZE DIST OF TEXAS INC
435 WEST FORK DRIVE
ARLINGTON, TX 76012

ELITE HVAC & PLG
P.O. BOX 617
SELMA, AL 36701

ENCORE DISTRIBUTION LLC
C/O VALLEY NATIONAL BANK
P O BOX 54249
TULSA, OK 74155-4249 USA

END-ZONE ATHLETICS
P.O. BOX 530898
GRAND PRAIRIE TX 75053

EUPORA FOOTBALL BOOSTERS
P. O. BOX 901
EUPORA, MS 39744

FACILITY SOLUTIONS GROUP
2525 WALNUT HILL LANE
DALLAS, TX  75229

FINANCIAL MANAGEMENT INC
P.O. BOX 17590
LITTLE ROCK, AR 72222-7590

FIRE SMITH PROTECTION SERVICES
PO BOX 266
SELMA, AL 36702

FIREGUARD
PO BOX 2952
TUPELO, MS 38803-2952

FLOWERS BAKING CO.OF VILLA RICA
P.O. BOX100817
ATLANTA GA 30384

FORTUNE EQUIPMENT CO, INC
909 HAWKINS STREET
NASHVILLE, TN 37203

FRENCH CAMP RADIO INC
40 MECKLIN AVENUE
FRENCH CAMP,  MS  39745

FROST, PLLC
425 WEST CAPITOL AVENUE
SUITE 3300
LITTLE ROCK, AR 72201

G-NEIL DIRECT MAIL INC
PO BOX 451179
SUNRISE FL  33345-1179

GARGUS REFRIGERATION, INC.

333 CR 2900
GUNTOWN, MS 38849

GCS SERVICE INC
    ECOLAB EQUIPMENT CARE
24673 NETWORK PLACE
CHICAGO, IL 60673-1246

GREG PERRY INC.PLUMBING,
    HEATING & COOLING
15585 KEVIN COVE
NORTHPORT AL 35475

HAGAR RESTAURANT SERVICE INC.
1229 WEST MAIN ST
OKLAHOMA CITY, OK 73106-7802

HARRISON FRENCH & ASSOCIATES
809 SOUTHWEST A STREET SUITE 201
BENTONVILLE, ARKANSAS 72712

HERITAGE FULFILLMENT
PO BOX 1457
EL RENO, OK  73036

HICO HELIUM & BALLOON SUPPLY
P. O. BOX 1665
POWDER SPRINGS  GA  30127

HOOD'S UNLIMITED
325 NEW POINT LANE
CANTON  GA  30114

HOTEL & RESTAURANT SUPPLY
5020 ARUNDEL ROAD
MERIDIAN, MS 39307

IBC SALES CORPORATION
400 MONROE AVE
MEMPHIS, TN 38103

INFINITE ENERGY,INC
ATTN: ANDREA MCHENRY
LEGAL DEPARTMENT
7001 SW 24TH AVENUE
GAINESVILLE, FL 32607

J.D. ESCO, INC.
3107 25TH AVENUE
TUSCALOOSA, AL 35401

JAMES R. MCCOOL
3452 OAK BEND ROAD
TUSCALOOSA, AL 35406

JECTAR BUILDERS, INC.
55 KINGDOM DRIVE
JASPER  GA  30143

JONES-MCLEOD, INC
P.O. BOX 101329
BIRMINGHAM AL 35210

KELLY PRINTING SUPPLIES
P.O. BOX 70600
LAS VEGAS, NV 89170

KEN JETER STORE EQUIPMENT, INC
5124 CLIFF GOOKIN BLVD
TUPELO, MS 38801

LAMAR COUNTY BROADCASTING CO
P.O. BOX 630
VERNON AL 35592

LAMAR LUMBER
PO BOX 1408
VERNON, AL 35592

LANN CHEMICAL & SUPPLY CO.
22019 HIGHWAY 45 NORTH
ABERDEEN, MS 39730

LAW ENFORCEMENT PRESS
P. O. BOX 72643
MARIETTA GA 30007

LOUISVILLE PUBLISHING, INC
P. O. BOX 469
LOUISVILLE, MS 39339

LUCAS GROUP
P.O. BOX 406672
ATLANTA GA 30384-6672

MARKET FORCE INFORMATION
P.O. BOX 270506
LOUISVILLE CO 80027

MARLIN LEASING
300 FELLOWSHIP ROAD
MT. LAUREL NJ 08054

MELODY MUSIC COMPANY
PO BOX 707
COLUMBUS, MS 39706

MID-SOUTH SIGNS & ELECTRIC INC.
8643 HWY 182 EAST
COLUMBUS MS 39702

MIDWEST BADGE CORP
PO BOX 1516
SKOKIE, IL 60076-8516

MIDWEST INDUSTRIAL LIGHTING, INC.
919 WEST 38TH STREET
CHICAGO, IL 60609

N. WASSERSTROM & SONS
2300 LOCKBOURNE ROAD
COLUMBUS, OHIO 43207

NEWELL PAPER CO
P.O. BOX 1278
COLUMBUS MS 39703

NICHOLS CROWELL GILLIS COOPER
  &amp; AMOS
P. O. BOX 1827
COLUMBUS MS 39703

NORTHPORT WATER DEPARTMENT
P.O. BOX 627
NORTHPORT, AL 35476-0627

NUCO2, INC.
P.O. BOX 9011
STUART, FL 34995-9011

OKLAHOMA RESTAURANT ASSOCIATION
3800 N. PORTLAND
OKLAHOMA CITY OK 73112-2948

ORDERMATIC
P.O. BOX 25463
OKLAHOMA, OK 73140

PAULDING WATER SYSTEM
1723 BILL CARRUTH PARKWAY
HIRAM, GA 30141

PEACH STATE FIRE, INC.
626 INDUSTRIAL BLVD
GAINESVILLE GA 30501

PEOPLES BANK
305 EAST JEFFERSON STREET
RIPLEY, MS 38663

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

PITNEY BOWES GLOBAL FINANCIAL
  SERVICES
P. O. BOX 856460
LOUISVILLE, KY 40285-6460

POWELL TURF
P.O. BOX 372
WALTHALL MS 39771

PRECISION GLASS
P. O. BOX 973
FULTON, MS 38843

PRIME RATE PREMIUM FINANCE
P. O. BOX 580016
CHARLOTTE, NC 28258-0016

PRIME TIME
P.O. BOX 155458
FT. WORTH, TX 76155

PROFESSIONAL COFFEE SERVICE
P.O. BOX 240
CORINTH, MS 38835-0240

RC SPORTS INC

9910 LAKEVIEW AVE
LENEXA KS  66219

ROBERT EDWARD FORKNER, INC
P.O. BOX 452
NORTHPORT AL 35476

ROTO-ROOTER
157 FENCO LANE
TUPELO MS 38801

ROY WORLEY SEPTIC
  TANK SERVICE
4300 COMMERCE STREET
GRENADA MS  38901

S & S PROMOTIONS INC
1717 S. PENNSYLVANIA AVE.
OKLAHOMA CITY, OK 73108

SAFEGUARD
P. O. BOX  88043
CHICAGO, IL  60680-1043

SARA LEE BAKERY
P.O. BOX 4412
BRIDGETON, MO 63044-4412

SELMA NEWSPAPERS, INC
P.O. DRAWER 2080
SELMA, AL 36702-2080

SELMA WATER WORKS
P. O. BOX  326
SELMA, AL  36702-0326

SMARTER MEDIA
5972 S YALE AVE
TULSA, OK 74135

SONIC ADVERTISING FUND
ATTN; FRANCHISE ACCOUNTING
P. O. BOX 268946
OKLAHOMA CITY, OK 73126-8946

SONIC INDUSTRIES
P. O. BOX 268946
OKLAHOMA CITY, OK  73126-8946

SONIC ROYALTIES
P. O. BOX 268946
OKLAHOMA CITY, OK  73126-8946

SOUTH CENTRAL SOUND
P.O. BOX 633502
CINCINNATI, OH 45263-3502

SOUTHERN CHRISTIAN SERVICES FOR
  CHILDREN THE HARDEN HOUSE PROGRAMS
1800 N. GLOSTER ST.STE A
TUPELO MS 38804

SOUTHERN ENGINEERING INC

P.O. BOX 60
GLEN, MS 38846

SOUTHERN EQUIPMENT DISTRIBUTORS
128 HWY 72 EAST
COLLIERVILLE, TN  38017

SOUTHERN LANDSCAPE
506 ACADEMY RD
STARKVILLE, MS 39759

SOUTHERN SENTINEL & SOUTHERN ADVOC
P. O. BOX 558
RIPLEY, MS 38663

SPANKY'S DRAIN & SEWER SERVICE, INC.
PO BOX 71475
TUSCALOOSA, AL 35407

SPECIALTY LIGHTING & RECYCLING, INC
P.O. BOX 643
FRANKFORT IL 60423

SPORTS COUNTRY
121 S. INDUSTRIAL ROAD
TUPELO, MS  38801

STANDARD COFFEE/NEW ORLEANS
ATTN:  SPLIT CHECK
P.O. BOX 62278
NEW ORLEANS, LA  70162

STATE FARM INSURANCE
P. O. BOX  1412
COLUMBUS, MS 39703

STATE SYSTEMS INC.
PO BOX 372
DEPT. 90
MEMPHIS, TN 38101

STEPHEN BILHEIMER, ATTORNEY
10601 INTERSTATE HIGHWAY 30
LITTLE ROCK, ARKANSAS 72209

STRAWBRIDGE,LLC.
ATTORNEYS AT LAW
44695 HIGHWAY 17
NORTH VERNON AL 35592

SUPPLYONE
P.O. BOX 676681
DALLAS TEXAS 75267-6681

T.E. LOTT & COMPANY
P.O. BOX 471
COLUMBUS, MS 39703

THE CAMPUS SPECIAL, LLC
3575 KOGER BLVD.  SUITE 150
DULUTH, GA  30096

THE CLASSITIDES LLC

P.O. BOX 2203
TUSCALOOSA AL 35403

THE COLONNADE GROUP
   BULLDOG SUITES
P.O. BOX 5327
MSU, MS 39762

THE COMPLETE HOME
P.O. BOX 7708
COLUMBUS, MS 39702

THE ITAWAMBA COUNTY TIMES
106 WEST MAIN STREET
FULTON, MS 38843

THE KULLMAN FIRM
P O BOX 827
COLUMBUS, MS 39703-0827

THE LAMAR DEMOCRAT
PO BOX 587
VERNON, AL 35592

THE LAW ENFORCEMENT PRESS
P. O. BOX 72643
MARIETTA GA 30007

THE WASSERSTROM COMPANY
477 S FRONT ST
COLUMBUS, OH 43215

THOMAS, KERBY & BROWN
P. O. BOX 1404
COLUMBUS MS 39703

THOMPSON BOOKKEEPING &
   TAX SERVICE
P O BOX 578
TECUMSEH, OK 74873

TODD'S LAWN CARE SERVICES
P.O. BOX 47
VERNON, AL 35592

TOSHIBA FINANCIAL SERVICES
P. O. BOX 740441
ATLANTA, GA 30374-0441

TULL BROTHERS
P.O. BOX 967
CORINTH, MS 38835-0967

TUPELO SPORTS COUNCIL
P.O. BOX 3608
TUPELO, MS 38801

TUPELO WATER & LIGHT
P. O. BOX 588
TUPELO, MS 38802-0588

TURNER PLUMBING, INC.
P.O. BOX 71531

TUSCALOOSA., AL 35407

UPS
LOCKBOX 577
CAROL STREAM, IL  60132 0577

VERNON BOOSTER CLUB
P.O. BOX 1164
VERNON AL 35592

VITAL SIGNS
424 HUMBERS STREET
SULLIGENT, AL  35586

VR HEATING & COOLING LLC
11520 FALCON CREST WAY
COTTONDALE, AL 35453

WARRIOR PUMPING, INC.
1425 COUNTY ROAD 50
MOUNDVILLE, AL 35474

WEBSTER COUNTY SHERIFF DEPT
87 GOVERNMENT STREET
EUPORA, MS 39744

WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY 40290-1908

WOOD FRUITTICHER
P.O. BOX 535258
ATLANTA, GA 30353-5258

WWZQ
1053 S MERIDIAN ST
ABERDEEN, MS 39730