IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ERNIE LEE JACOBSEN and
DONNA JEAN JACOBSEN,

Debtors.

Case No. 09-15667-DWH
(Chapter 11)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Order-Matic Electronics Corporation, L.L.C. and Bill Cunningham, creditors in the above-captioned cause, hereby and herewith give notice of their appearance in said case by and through its following named counsel:

Larry G. Ball
**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8805
Telephone (405) 553-2826
Facsimile (405) 553-2855

It is requested, pursuant to Bankruptcy Rules 2002 and 9010, that the Court Clerk, counsel for the Debtors and any other party mailing notices to parties in interest or otherwise, mail such notice or a copy of said pleading to the above-named counsel.

445803.1:630826:00700

| | |
|---|---|
| Dated: November 30, 2009 | Respectfully submitted,<br>/s/ Larry G. Ball<br>Larry G. Ball, OBA #12205<br>**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**<br>Chase Tower<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865<br>Telephone (405) 553-2828<br>Facsimile (405) 553-2855<br>**ATTORNEY FOR CREDITOR, ORDER-MATIC ELECTRONICS CORPORATION, L.L.C.** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2009, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all the ECF registrants in this case.

s/ Larry G. Ball