IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  ERNIE LEE JACOBSEN AND
DONNA JEAN JACOBSEN

CASE NO. 09-15667-DWH

## ORDER

THIS CAUSE having come on for consideration by the Court of the Motion to Extend Period of Exclusivity for Filing of Disclosure Statement and Plan of Reorganization (the "Motion") filed herein by Ernie Lee Jacobsen and Donna Jean Jacobsen (the "Debtors"), and the Court having heard and considered the request of counsel for the Debtors to reduce the persons and entities receiving notice of a hearing in connection with the Motion, and the Court being fully advised in the premises, is of the opinion that the Motion is well-taken and should be sustained. It is, accordingly,

ORDERED that the Motion, and the notices of hearing thereon, should be provided to the Official Committee of Unsecured Creditors, all secured creditors, all taxing authorities, the United States Trustee, and all persons or entities having entered an appearance herein.

SO ORDERED, this the _____ day of _____, 2010.

HON. DAVID W. HOUSTON, III
UNITED STATES BANKRUPTCY JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

Order Prepared and Presented By:

Craig M. Geno; MSB No. 4793
Jeffrey K. Tyree; MSB No. 9049
Melanie T. Vardaman; MSB No. 100392
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
P. O. Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile