## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     ERNIE LEE JACOBSEN                                    CASE NO. 09-15667-DWH
           DONNA JEAN JACOBSEN

### SECOND AGREED ORDER RESETTING HEARING

On consideration before the Court is the second joint <u>ore</u> <u>tenus</u> motion of RLM Sonic Properties, LLC ("RLM") and the debtors, Ernie Lee Jacobsen and Donna Jean Jacobsen, ("Debtors") to continue the August 12, 2010, hearing regarding *Motion for Authority to Assume Unexpired Lease* ("Motion") [DK #225], along with the RLM's amended Objection to same [DK #254] and other objections [DK#247 and #249]  ("Objections"); the Court being fully advised in the premises does hereby find same to be well taken and further finds and adjudicates as follows, to-wit:

That the hearing regarding the Motion and Responses are hereby continued until **10:00 a.m. on September 29, 2010 at the Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, Mississippi**. Entry of this order does not constitute a violation or waiver of the Debtors' time for either assumption or rejection of non-residential real property leases as contemplated by 11 U.S.C. § 365, to which RLM consents.

SO ORDERED, this the _____ day of _____, 2010.

_____
HONORABLE DAVID W. HOUSTON, III
U.S. BANKRUPTCY COURT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

APPROVED AS TO FORM AND CONTENT:

/s/ Craig M. Geno
Craig M. Geno, Esquire
Melanie T. Vardaman, Esquire
Attorneys for Debtor

/s/ D. Andrew Phillips
D. Andrew Phillips, Esquire
Attorney for RLM Sonic Properties, LLC