IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  ERNIE LEE JACOBSEN
AND DONNA JEAN JACOBSEN,                    CHAPTER 11
Debtors.                                    CASE NO. 09-15667-DWH

## AGREED ORDER

THIS CAUSE came on to be heard on August 23, 2010, on the Debtors' Motion to Extend Period of Exclusivity for Filing of Disclosure Statement and Plan of Reorganization [dk#259] (the "Motion") filed herein by Ernie Lee Jacobsen and Donna Jean Jacobsen (the "Debtors"), and upon the Objection thereto filed by Sonic Industries, LLC ("Sonic"), the Court having been advised that the Debtors and Sonic have settled and compromised their differences with respect to the Motion, is of the opinion that this Agreed Order should be entered memorializing that agreement. It is, accordingly

ORDERED that the Debtors' exclusivity periods for the filing of a Plan of Reorganization and a Disclosure Statement, and obtaining Plan confirmation, should be, and hereby are, extended for an additional ninety (90) days from the date of this Order. The Debtors shall file a Disclosure Statement and Plan of Reorganization in this bankruptcy case and in the related case of JA-CO Foods, Inc. (No. 09-16017-DWH) within that ninety (90) day period. The Debtors will seek no further extensions of their exclusivity. It is, further

ORDERED that the Debtors will file, within twenty (20) days from the entry date of this Order, a motion to assume the existing executory contracts and unexpired sign leases with Sonic with respect to all of the current license agreements and sign leases with the exception of those for the Sonic drive-in restaurants at 302 Highway 12 East, Starkville, Mississippi (CIF 2857), and 1197 South Gloster, Tupelo, Mississippi (CIF 3005). Said motion to assume will be set for hearing on

a date convenient for the Court, the Debtors, and Sonic during October 2010, and any necessary discovery shall be completed prior to the hearing.

SO ORDERED, this 21st day of September, 2010.

*David W. Houston, III*
DAVID W. HOUSTON, III
United States Bankruptcy Judge

APPROVED AND AGREED:

*Paul A. Matthews*
Paul A. Matthews, Esq.
Attorney for Sonic Industries, LLC

*Craig M. Geno*
Craig M. Geno, Esq.
Attorney for the Debtors

C:\Documents and Settings\jsefton\Desktop\PAM rev_2nd Agreed Order.wpd